AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

JAMES DER RICK HUNDLEY,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
  V.

                              CASE NUMBER: **3:10-cv-00406-RCJ-VPC**

DON POAG, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint (Document No. 10) is DISMISSED with prejudice and without leave to amend.

  October 27, 2010                               **LANCE S. WILSON**
                                                                  Clerk

                                                                         /s/ Katie Lynn Ogden
                                                                          Deputy Clerk