UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DERRICK HUNDLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LISA WALSH, *et al.,*<br><br>　　　　Defendants. | Case No.: 3:10-CV-00406-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING MINUTES OF THE COURT AND/OR REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 45) |

　　　　On September 16, 2020, Plaintiff filed a Notice of Appeal (ECF No. 45). The United States Court of Appeals for the Ninth Circuit reviewed the record and vacated the magistrate judge's September 3, 2020 order with instructions that "on remand, the district judge may treat the magistrate judge's order as a report and recommendation." (ECF No. 51).

　　　　Before the Court is the Minutes of the Court of United States Magistrate Judge Carla L. Baldwin (ECF No. 45[1]) which shall be treated as a report and recommendation entered on September 3, 2020 recommending that the Court deny Plaintiff's motions for temporary restraining order and preliminary injunction (ECF Nos. 42 and 43). Plaintiff filed his Notice of Appeal (ECF No. 45) which shall be treated as an objection to the report and recommendation.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Minutes of the Court and/or Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Baldwin's Minutes of the Court and/or Report and Recommendation (ECF No. 45), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Emergency Motion for Temporary Restraining Order/Preliminary Injunction and Notice of Breach of Contract (ECF Nos. 42 and 43) are **DENIED**.

**IT IS SO ORDERED.**

Dated this 15th day of March, 2021.

_____
ROBERT C. JONES
United States District Judge